**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| Monje N. Paige | : | Chapter 13 |
| | : | |
| Debtor (s) | : | Case No.: 18-10357 AMC |

# O R D E R

**AND NOW,** upon Motion of the Debtor to avoid a judicial lien held by *Midland Funding, LLC* ("the Respondent") in personal property and/or real property of the Debtor located at **2436 S. 74th Street Philadelphia, PA 19153.**

**AND**, the Debtor having asserted that the alleged lien arising from the judgment entered at **SC-11-03-31-6746** is subject to avoidance pursuant to 11 U.S.C. §522(f),

And, the Debtor having certified that adequate notice of the Motion was sent to the Respondent and that no answer or other response to the Motion has been filed,

It is hereby **ORDERED** that the Motion is **GRANTED** by default.

It is further **ORDERED**, subject to 11 U.S.C. §349(b), that the judicial lien held by the Respondent, if any, in the real property of the Debtor and/or the personal property of the Debtor listed and claimed as exempt in Schedule C of the Debtor's bankruptcy schedules is **AVOIDED UPON DISCHARGE**.

**Date:** **June 26, 2018**

_____
**ASHELY M. CHAN**
**U.S. BANKRUPTCY JUDGE**