### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Monje N. Paige<br>　　　　　　Debtor(s) | CHAPTER 13 |
| U.S. BANK NATIONAL ASSOCIATION, (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY)<br>　　　　　　Movant<br>　vs.  | NO. 18-10357 amc |
| Monje N. Paige<br>　　　　　　Debtor(s)<br><br>William C. Miller Esq.<br>　　　　　　Trustee | 11 U.S.C. Sections 362 |

### ORDER

AND NOW, this 21st day of May, 2019 at Philadelphia, upon consideration of Movant's Motion to Approve Loan Modification, it is ORDERED AND DECREED that:

The Motion is granted and the Loan Modification Agreement executed on _August 3, 2018_ does not violate the automatic stay, section 362(a), nor the provisions of 11 USC § 549.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Ashely M. Chan
cc: See attached service list　　　　　　United States Bankruptcy Judge

Monje N. Paige
2436 S. 74th Street
Philadelphia, PA 19153


Brad J. Sadek Esq.
1315 Walnut Street
Suite 502
Philadelphia, PA 19107

William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532