```
                           United States Bankruptcy Court
                           Eastern District of Pennsylvania
In re:                                                                  Case No. 18-10357-amc
Monje N. Paige                                                          Chapter 13
         Debtor
                                   CERTIFICATE OF NOTICE
District/off: 0313-2          User: John                    Page 1 of 2                  Date Rcvd: Jun 06, 2019
                              Form ID: pdf900               Total Noticed: 23


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 08, 2019.
db             +Monje N. Paige,    2436 S. 74th Street,    Philadelphia, PA 19153-1405
14042326       +Aes/cit Education Lo,    Po Box 61047,   Harrisburg, PA 17106-1047
14042328       +Debt Recovery Solution,    Attention: Bankruptcy,    6800 Jericho Turnpike   Ste 113e,
                 Syosset, NY 11791-4401
14211139        ECMC,   PO Box 16408,    St. Paul, MN 55116-0408
14042343       +Marks & Company,    101 Conchocken State Road,    Bala Cynwyd, PA 19004-2346
14042344       +Medical Data Systems Inc,    Mds,   2001 9th Ave   Ste 312,    Vero beach, FL 32960-6413
14055962       +PHEAA,    PO Box 8147,   Harrisburg, PA 17105-8147
14042347       +Santander Consumer USA,    PO Box 961245,    Ft Worth, TX 76161-0244
14088274       +U.S. BANK NATIONAL ASSOCIATION,    TRUSTEE FOR PA HOUSING FINANCE AGENCY,
                 c/o REBECCA ANN SOLARZ,    710 Market Street, Suite 5000,    Philadelphia, PA 19106-2312
14102420       +U.S. BANK NATIONAL ASSOCIATION, (TRUSTEE FOR THE P,    211 North Front Street,
                 Harrisburg, PA 17101-1406

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Jun 07 2019 07:19:20     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA   19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 07 2019 07:18:52
                 Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA   17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 07 2019 07:19:18     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
14042327        E-mail/Text: ebn@americollect.com Jun 07 2019 07:19:14     Americollect Inc,   Po Box 1566,
                 1851 S Alverno Rd,   Manitowoc, WI 54221
14042325       +E-mail/Text: bankruptcy@rentacenter.com Jun 07 2019 07:19:41     Acceptance Now,
                 Attn: Bankruptcy,    5501 Headquarters Dr,   Plano, TX 75024-5837
14163155        E-mail/Text: megan.harper@phila.gov Jun 07 2019 07:19:20     City of Philadelphia,
                 Law Department   Tax Unit,   Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA   19102-1595
14042329       +E-mail/PDF: pa_dc_ed@navient.com Jun 07 2019 06:51:43     Dept Of Ed/Navient,
                 Attn: Claims Dept,   P.O. Box 9635,    Wilkes Barr, PA 18773-9635
14042342       +E-mail/Text: bknotice@ercbpo.com Jun 07 2019 07:19:13     ERC/Enhanced Recovery Corp,
                 8014 Bayberry Rd,   Jacksonville, FL 32256-7412
14042345       +E-mail/Text: bankruptcydpt@mcmcg.com Jun 07 2019 07:19:09     Midland Funding,
                 8875 Aero Drive,   Suite 200,   San Diego, CA 92123-2255
14088112        E-mail/PDF: pa_dc_claims@navient.com Jun 07 2019 06:57:56
                 Navient Solutions, LLC on behalf of,    Department of Education Loan Services,   PO BOX 9635,
                 Wilkes-Barre, PA 18773-9635
14042346       +E-mail/Text: blegal@phfa.org Jun 07 2019 07:19:12     PA Housing Finance Agency,   PO Box 8029,
                 Harrisburg, PA 17105-8029
14042348       +E-mail/Text: bankruptcy@sw-credit.com Jun 07 2019 07:19:12     Southwest Credit Systems,
                 4120 International Parkway,   Suite 1100,   Carrollton, TX 75007-1958
14049951       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 07 2019 06:56:17     T Mobile/T-Mobile USA Inc,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 13

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             ECMC,   P.O. BOX 16408,    ST. PAUL, MN 55116-0408
14042330*      +Dept Of Ed/Navient,    Attn: Claims Dept,   P.O. Box 9635,   Wilkes Barr, PA 18773-9635
14042331*      +Dept Of Ed/Navient,    Attn: Claims Dept,   P.O. Box 9635,   Wilkes Barr, PA 18773-9635
14042332*      +Dept Of Ed/Navient,    Attn: Claims Dept,   P.O. Box 9635,   Wilkes Barr, PA 18773-9635
14042333*      +Dept Of Ed/Navient,    Attn: Claims Dept,   P.O. Box 9635,   Wilkes Barr, PA 18773-9635
14042334*      +Dept Of Ed/Navient,    Attn: Claims Dept,   P.O. Box 9635,   Wilkes Barr, PA 18773-9635
14042335*      +Dept Of Ed/Navient,    Attn: Claims Dept,   P.O. Box 9635,   Wilkes Barr, PA 18773-9635
14042336*      +Dept Of Ed/Navient,    Attn: Claims Dept,   P.O. Box 9635,   Wilkes Barr, PA 18773-9635
14042337*      +Dept Of Ed/Navient,    Attn: Claims Dept,   P.O. Box 9635,   Wilkes Barr, PA 18773-9635
14042338*      +Dept Of Ed/Navient,    Attn: Claims Dept,   P.O. Box 9635,   Wilkes Barr, PA 18773-9635
14042339*      +Dept Of Ed/Navient,    Attn: Claims Dept,   P.O. Box 9635,   Wilkes Barr, PA 18773-9635
14042340*      +Dept Of Ed/Navient,    Attn: Claims Dept,   P.O. Box 9635,   Wilkes Barr, PA 18773-9635
14042341*      +Dept Of Ed/Navient,    Attn: Claims Dept,   P.O. Box 9635,   Wilkes Barr, PA 18773-9635
                                                                                            TOTALS: 0, * 13, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0313-2          User: John                 Page 2 of 2                   Date Rcvd: Jun 06, 2019
                              Form ID: pdf900            Total Noticed: 23
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 08, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 6, 2019 at the address(es) listed below:
              BRAD J. SADEK    on behalf of Debtor Monje N. Paige brad@sadeklaw.com,   bradsadek@gmail.com
              KEVIN G. MCDONALD    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com
              LEON P. HALLER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) lhaller@pkh.com,   dmaurer@pkh.com;mgutshall@pkh.com
              REBECCA ANN SOLARZ    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 6
```

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MONJE N PAIGE            Chapter 13

         Debtor            Bankruptcy No. 18-10357-AMC

**Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List**

**AND NOW**, this ____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA 19105

Debtor's Attorney:
BRAD J. SADEK ESQ
SADEK LAW OFFICE
1315 WALNUT STREET #502
PHILADELPHIA, PA 19107-

Debtor:
MONJE N PAIGE

2436 S. 74TH STREET

PHILADELPHIA, PA 19153